## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Sunniva Grotle Myster

                                                                                         Plaintiff,

v.

                                                                                         Case No.: 1:24−cv−08018

                                                                                         Honorable Martha M. Pacold

The Partnerships and Unincorporated Associations Identified on Schedule A

                                                                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 25, 2025:

      MINUTE entry before the Honorable Martha M. Pacold: By 4/1/2025, plaintiff should file a status report updating the court on the status of this case, including the status of service. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.